# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES--GENERAL**

Case No.  **EDCV 14-02642-KK**                                      Date: July 1, 2015

Title:  Irene Frances Rivas v. Commissioner of Social Security

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                         <u>None</u>
Deputy Clerk                                    Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):            ATTORNEYS PRESENT FOR DEFENDANT(S):
  None                                                None

**PROCEEDINGS:        (IN CHAMBERS)**

On July 1, 2015, Plaintiff Irene Frances Rivas filed a Motion to Dismiss this matter with prejudice.  ECF Docket No. 16.  In the Motion, Plaintiff advises Defendant has no objection to the Motion being granted.

Thus, IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice.

Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN